1012

[Nos. 39273-9-II; 39733-1-II.   Division Two.   January 4, 2011.]

SUZANNE VAUGHAN, *Respondent*, v. STILES MOORE ET AL.,
*Appellants*.

*Affirmed* by unpublished opinion per Van Deren, J.,
concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 39305-1-II.   Division Two.   January 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. J.G., *Appellant*.

*Affirmed* by unpublished opinion per Quinn-
Brintnall, J., concurred in by Penoyar, C.J., and Bridge-
water, J.

[No. 39480-4-II.   Division Two.   January 4, 2011.]

*In the Matter of the Detention of* KEVIN TROY DOLLICKER,
*Appellant*.

*Affirmed* by unpublished opinion per Van Deren, J.,
concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 39567-3-II.   Division Two.   January 4, 2011.]

STEPHEN CHANDLER ET AL., *Respondents*, v. JOHN KUHLMAN
ET AL., *Appellants*.

*Reversed* and *remanded* by unpublished
opinion per Dwyer, J., concurred in by Worswick, A.C.J., and
Armstrong, J.